United States District Court
Southern District of Texas
**ENTERED**
July 24, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CRIMINAL NO. H-19-1283-M |
| JAMES AGBEZE | | |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 USC § 3142(f), a detention hearing has been held. I conclude that the following facts are established by a preponderance of the evidence and require the detention of the above-named defendant pending trial in this case.

### Findings of Fact

(X) Defendant is charged with assaulting a federal deportation officer. This assault took place on an airplane during his removal from the United States. A final order of removal has been entered against Defendant and all appeals have been exhausted.

(x) There is a serious risk that the defendant will not appear.

( ) There is a serious risk that the defendant will endanger the safety of another person or the community.

(X) No appropriate conditions of release are available and Defendant has waived his right to a hearing on pre-trial release.

### Directions Regarding Detention

It is therefore ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with

all court proceedings.

Signed at Houston, Texas, this 23rd day of July 2019.

_____
NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE