United States Courts
Southern District of Texas
F I L E D

AUG 12 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO.** |
| | § | |
| **v.** | § | |
| | § | **19 CR 574** |
| **JAMES AGBEZE,** | § | |
| **aka JAMES ARUA AGBEZE** | § | |
| **Defendant.** | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

At all times material to this Information:

## COUNT ONE
### (Assaulting a federal officer in violation of 18 U.S.C. § 111)

On or about July 11, 2019, in the Houston Division, Southern District of Texas and elsewhere, the defendant **JAMES AGBEZE, aka JAMES ARUA AGBEZE,** did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person, specifically Houston ICE Deportation Officer J.V., designated in section 1114 of this title while engaged in or on account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1).

RYAN K. PATRICK
United States Attorney

By: _____

MICHAEL E. DAY
Assistant United States Attorney
(713) 567-9000