| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| United States of America | § | |
| versus | § § § | Notice of Setting |
| James Agbeze | § § § § | Criminal H-19-574 |

You are directed to appear for a

Hearing on Motion to Appoint Counsel

on
October 28, 2019
2:00 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

*Defendant(s) required to attend: yes*

Copies: AUSA  Michael Day
Defense Counsel  Amr Ahmed
U.S. Probation Office

David J. Bradley,
Clerk of Court

By: *[signature]*
Deputy Clerk

October 9, 2019
Date